**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **MYIESHA APPLON,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   **Civ. No. 1:23-cv-02178-SHM-tmp** |
| | ) |
| **FLOYD BONNER, JR., ET AL.,** | ) |
|     Defendants. | ) |

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on April 10, 2025, certifying that an appeal would not be taken in good faith, notifying Plaintiff of the appellate filing fee, and notifying Plaintiff of the Court's strike recommendation under 28 U.S.C. § 1915(g).

# APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| __April____10__, 2025_____ | WENDY R. OLIVER |
| DATE | CLERK |
| | |
| | _/s/  Jairo Mendez_____ |
| | (By) DEPUTY CLERK |