UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 20, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| MYIESHA APPLON, ) | |
| ) | |
| Plaintiff - Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| SHERIFF FLOYD BONNER, JR., Shelby ) | |
| County, TN; OFFICER FLAMIN; ) | |
| OFFICER TUCKER; OFFICER HALLIBUTON; ) | |
| OFFICER BEARD; OFFICER GARRIS; ) | |
| OFFICER BATTLER; SHELBY COUNTY, TN, ) | |
| ) | |
| Defendants - Appellees. ) | |

Proceeding without counsel, the plaintiff appeals the district court's judgment dismissing her civil rights action. The plaintiff moves to amend the caption to correct the spellings of defendants Flamin and Battler. Specifically, the plaintiff seeks to correct Flamin to Alamin and Battler to Battle.

Upon review, the plaintiff's motion is GRANTED. The clerk will update the docket and issue an amended caption.

The plaintiff's motion for leave to proceed on appeal in forma pauperis will be submitted to the court in the normal course.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 10/20/2025.

**Case Name:** Myiesha Applon v. Floyd Bonner, Jr., et al
**Case Number:** 25-5476

**Docket Text:**
ORDER filed: Upon review, the plaintiff's motion [7404425-2] is GRANTED. The clerk will update the docket and issue an amended caption. The plaintiff's motion for leave to proceed on appeal in forma pauperis will be submitted to the court in the normal course.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Ms. Myiesha Applon
1552 Dallas Street
Memphis, TN 38114

**A copy of this notice will be issued to:**

Ms. Wendy R. Oliver